# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA YOUNG, | No. 4:17-CV-01351 |
| Plaintiff, | (Judge Brann) |
| v. | |
| MCDONOUGH MANUFACTURING COMPANY, | |
| Defendant. | |

## ORDER

**AND NOW**, this 5th day of November 2019, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 43, is **DENIED**. A telephonic status conference will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge